**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-2368

_____

JAMES A. JONES, JR.,

                                        Plaintiff - Appellant,

        versus

MARYLAND-NATIONAL CAPITAL PARK AND PLANNING
COMMISSION,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-1818-8)

_____

Submitted:  June 14, 2006            Decided:  August 17, 2006

_____

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Jones, Jr., Appellant Pro Se.  William Charles Dickerson,
MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION, Riverdale,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Jones, Jr., appeals the district court's order dismissing his claims under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 (2000), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Maryland-Nat'l Capital Park & Planning Comm'n, No. CA-04-1818-8 (D. Md. Oct. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED